UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAN AGENCY NEW ORLEANS, LLC,  CIVIL ACTION
SANDRA A. STARCHER AND
ANTHONY E. STARCHER

VERSUS  NO: 10-3291

DAN AGENCY, INC. a/k/a  SECTION: "A" (5)
WILHELMINA DAN AGENCY, INC.,
ET AL

**ORDER**

The Court, having considered Defendant, Josh Robbins' Motion to Dismiss for Lack of Jurisdiction (Rec. Doc. 12) )and Defendants, Colors Agency Inc., Colors Talent Agency, Inc., Colors Model and Talent, Inc., Dan Agency, Inc., Dan Talent Group, Inc., Dan Williams Music and Motion, Inc., Dan Williams Music, Inc., and Stephanie Williams' Motion to Stay for Lack of Jurisdiction and Improper Venue (Rec. Doc. 10), finds that the case should by stayed.

Both Defendants, Dan Agency, Inc. and Dan Williams Music, Inc., have bankruptcy proceedings pending in the Middle District of Tennessee. Pursuant to 11 U.S.C. § 362, this litigation is stayed as to those Defendants. Although Plaintiffs argue that their claims are nondischargeable in bankruptcy, the automatic stay applies regardless of whether claims are found to be nondischargeable. *See* 11 U.S.C. § 362 (2006); *see also In re Cady*, 315 F.3d 1121, 1121 (9th Cir. 2003) ("Claims that have been declared nondischargeable by a bankruptcy court are not among the eighteen kinds of listed actions to which the automatic stay does not apply.").

1

In addition, the Court stays the case as to the remaining Defendants because they allegedly enjoy an identity of interest with Defendant, Dan Agency, Inc. *See In re Zale Corp.*, 62 F.3d 746, 761 (5th Cir. 1995) (finding that a bankruptcy stay may be extended to a nondebtor if the nondebtor enjoys an identity of interests with the debtor); *see also Sas Overseas Consultants v. Benoit*, No. 99-1663, 2000 WL 140611, at *3 (E.D. La. Feb. 7, 2000); *In re Eagle-Picher*, 963 F.2d 855, 832 (6th Cir. 1992).

Accordingly;

**IT IS HEREBY ORDERED** that this matter is **STAYED** pending proceedings in the bankruptcy court;

**IT IS FURTHER ORDERED** that the oral argument set for **Wednesday, April 6, 2011, at 10:00 a.m.** is **CANCELLED**;

**IT IS FURTHER ORDERED** that the Clerk of Court mark this action **CLOSED** for statistical purposes. The Court shall retain jurisdiction and the case shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

March 21, 2011

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE